UNITED SECURITY SERVICE, INC., ETC. v. DAVID CRONHEIM MANAGEMENT CO., INC.

November 10, 1986.

Petition for certification denied.

DENNIS O'MALLEY v. DEPARTMENT OF ENERGY, ET AL.

November 10, 1986.

Petition for certification granted.   (See 212 *N.J.Super.* 114)

LOUIS DRABICH v. JOHNS–MANVILLE SALES CORPORATION.

November 10, 1986.

Petition for certification denied.

IN THE MATTER OF THE PETITION OF JERSEY CENTRAL POWER AND LIGHT COMPANY FOR APPROVAL OF AN AMENDMENT OF ITS TARIFF TO PROVIDE FOR AN INCREASE IN RATES AND CHARGES FOR ELECTRIC SERVICE TO REFLECT THE COSTS ASSOCIATED WITH THE THREE MILE ISLAND NUCLEAR GENERATING UNIT NO. 1.

NEW JERSEY DEPARTMENT OF PUBLIC ADVOCATE v. NEW JERSEY BOARD OF PUBLIC UTILITIES.

November 10, 1986.

Petition for certification denied.